SCOTT v. LAZELL et al.

(Circuit Court, S. D. New York. January 21, 1909.)

PATENTS (§ 298*)—SUITS FOR INFRINGEMENT—PRELIMINARY INJUNCTION.

A preliminary injunction against infringement of a patent will not be granted, when the question of infringement is in serious doubt.

[Ed. Note.—For other cases, see Patents, Cent. Dig. § 478; Dec. Dig. § 298.*

Grounds for denial of preliminary injunctions in patent infringement suits, see note to Johnson v. Foos Mfg. Co., 72 C. C. A. 123.]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

In Equity. On motion for preliminary injunction.

Macdonald & Macdonald, for complainant.

Grafton L. McGill, for defendants.

NOYES, Circuit Judge. One of the elements of the claim in question is the series of slits in the lower portion of the bustle connected together at their edges. The defendants' device does not have this series of slits. Whether the defendants' method of gathering in the material is an equivalent for them is a question too doubtful to be determined upon a motion for a preliminary injunction.

The motion is denied.